UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: Marvin D. & Kristine A. Amundson<br><br>Debtors. | Case No. 25-10109-12<br>Jointly administered (lead case) |
| In re: Amundson Jersey Farm, LLC<br><br>Debtor. | Case No. 25-10110-12 |

TRUSTEE'S RECOMMENDATION OF AMENDED CHAPTER 12 PLAN

Mark Harring, Standing 12 Trustee, by his attorney, recommends confirmation of the Debtors' Amended Chapter 12 Plan filed as Document No. 48 on 8/12/2025 and states as follows:

1. The three-year cash flow projection, liquidation analysis, summary of operations and first two quarterly operating reports for 2025 have now been provided by the debtor.

2. The secured claim filed in the lead case by LOL Finance Co., Court Claim 1 has now been addressed in the Plan. We note the claim filed by the creditor calls for 15.5% interest while the Plan provides for 7.5% interest. The debtor is to resume payments to the creditor upon the completion of the Plan, however, this office will pay the claim interest rate for the duration of the Plan.

Dated: September 18, 2025          Standing Chapter 12 Trustee

                                                /s/ *Kristin K. Beilke*
Kristin K. Beilke
Attorney for Trustee
122 W. Washington Ave., Suite 500
Madison, WI  53703-2758
(608) 256-4320