**THIS ORDER IS SIGNED AND ENTERED.**

**Dated: October 28, 2025**

Hon. Catherine J. Furay
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In Re: | In Bankruptcy No: |
| MARVIN AMUNDSON and KRISTINE AMUNDSON | |
| Debtors. | Case No: 25-10109 |
| In Re: | In Bankruptcy No: |
| AMUNDSON JERSEY FARM, LLC | |
| Debtor. | Case No: 25-10110 |

**ORDER CONFIRMING CHAPTER 12 PLAN**

The Debtors' Amended Chapter 12 Plan filed August 12, 2025 (the "Plan") was served on all creditors and parties in interest as required by the Federal Rules of Bankruptcy Procedure. The Chapter 12 Trustee filed a recommendation in favor of confirmation of the Plan (Doc. #55). The Debtor filed an Affidavit of Compliance in support of confirmation on October 16, 2025 on behalf of Marvin and Kristine Amundson (Doc. #58 in case 25-10109) and an Affidavit of Compliance in support of confirmation on October 16, 2025 on behalf of Amundson Jersey Farm, LLC (Doc. #55 in case 25-10110). Based on the record, the court finds that the requirements of 11 U.S.C. Section 1225 are satisfied. Accordingly,

**IT IS THEREFORE ORDERED:** The Plan, a copy of which is attached hereto, is confirmed with the following additional language on the disbursements of payments from the Chapter 12 Trustee. Paragraph #1 of the plan shall be modified to include the following language:

"Unless otherwise provided for in this plan, the trustee shall disburse payments in the following order after trustee fees: equal monthly payments to secured creditors, administrative expenses including attorney fees, secured claims paid pro rata, priority claims, general unsecured claims."

###

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| In Re: | In Bankruptcy No: |
|---|---|
| **MARVIN AMUNDSON and KRISTINE AMUNDSON** | |
| **Debtors.** | Case No: 25-10109 |
| In Re: | In Bankruptcy No: |
| **AMUNDSON JERSEY FARM, LLC** | |
| **Debtor.** | Case No: 25-10110 |

**AMENDED CHAPTER 12 PLAN – AUGUST 11, 2025**

1. The future earnings of the Debtors are submitted to the supervision and control of the Trustee. The Debtors shall pay to the Trustee the monthly sum of $5,325.00. The Plan shall run for sixty (60) months. Any increase in the Trustee Fees shall be as directed by the U. S. Trustee's Office.

**MONTHLY PAYMENTS**

| | |
|---|---|
| Bank of Ontario | Direct Payment |
| Vernon County Treasurer | Paid Pro Rata by Trustee |
| Westby Coop Credit Union | Direct Payment |
| US Small Business Administration | Monthly Payment of $899.25 |
| Deere & Company | Direct Payment |
| LOL Finance Co. | **Monthly Payment of $2,639.00** |
| Unsecured Creditors | Paid Pro Rata |
| Attorneys fees | Paid Pro Rata |
| Trustees Fees (10%) | Paid Pro Rata |
| TOTAL | **$5,325.00 per month** |

- 1 -

2. **ADMINISTRATIVE EXPENSES**

   Pittman & Pittman Law Offices, LLC
   712 Main Street
   La Crosse, WI 54601

   (All Attorneys fees are subject to approval of Court)                            (Est.) **$25,000.00**

3. **SECURED CREDITORS**

   A.   Bank of Ontario
        c/o Attorney Jennifer Schank
        6405 Century Avenue Ste 101
        Middleton, WI 53562

        Bank of Ontario has a real estate mortgage and cross-collateralized farm security agreement that covers the real estate, cattle, equipment, machinery, bank accounts in the proof of claim amount of $2,240,328.80. This claim was filed as claim #9 in 25-10109 and claim #5 in 25-10110, however this is the same claim and shall only be paid once. Bank of Ontario has agreed to refinance its loans and provide additional financing to purchase more cows in the total refinance amount of $2,470,262.41, which is pending approval with the Court at Docket #46. The loans are split between real estate and personal property as follows:
        The real estate loan in the amount of $1,800,000.00 shall accrue interest at 6.0% and amortized over 300 equal monthly payments in the amount of $11,766.45. The promissory note shall control the rights and remedies of each party and this plan is not intended to modify the promissory note. The payment of $11,766.45 shall be made direct to Bank of Ontario from the Debtor's milk check. Bank of Ontario retains its lien until the claim is paid in full.
        The personal property loan in the amount of $670,262.41 shall accrue interest at 6.0% and amortized over 120 equal monthly payments in the amount of $7,493.57. This loan shall mature in 12 months and will be subject to renewal from Bank of Ontario. The promissory note shall control the rights and remedies of each party and this plan is not intended to modify the promissory note. The payment of $7,493.57 shall be made direct to Bank of Ontario from the Debtor's milk check. Bank of Ontario retains its lien until the claim is paid in full.

                          **Monthly Payment of $19,260.02 – Direct to Bank of Ontario**

   B.   Vernon County Treasurer
        400 Court House Square St.
        Viroqua WI 54665

        Vernon County Treasurer has a secured claim for real estate taxes in the proof of claim amount of $9,775.93. This claim shall be paid pro-rata by the Trustee at 12% interest.

                                                                    **Paid Pro-Rata by Trustee**

C.   Westby Coop Credit Union
     501 N. Main Street
     Westby, WI 54667

    Westby Coop Credit Union ("WCCU") filed a secured proof of claim in the amount of $38,390.51 with the Debtors' 2021 GMC Sierra as collateral. This claim is not being modified and the Debtors shall continue to make the monthly payment of $794.96 directly to the lender. WCCU shall retain its lien until paid in full.

                **Monthly payment of $794.96 direct to lender**

D.   US Small Business Administration
     Office of General Counsel
     65 East State Street, Ste 1350
     Columbus, OH 43215

    The US Small Business Administration ("SBA") filed a bifurcated secured/unsecured claim in the total amount of $174,881.60. The Debtors believe the claim is fully secured in the amount of $174,881.60. This secured claim shall be amortized over the remaining 25 years left on the loan at 3.75% interest for a monthly payment of $899.25. This payment shall be made through the Trustee's office while the chapter 12 case is pending. The Debtors shall make the payment direct to the lender upon completion of the chapter 12 case. SBA shall retain its lien upon its collateral until the claim is paid in full.

                **Monthly Payment of $899.25 Through Trustee**

E.   Deere & Company
     PO Box 6600
     Johnston, IA 50131

    Deere & Company filed a secured claim in the amount of $4,222.99 with a John Deere 567 Round Baler as collateral. The Debtors have (2) payments left on this contract and are not modifying the John Deere loan. The Debtors shall pay Deere & Company the annual payment of $2,151.28 on or before July 23, 2025 and the final payment of $2,151.28 on or before July 23, 2026. Deer & Company retains its lien until the loan is paid in full.

                **Annual Payment of $2,151.28 Direct to Deere & Company**

F.  LOL Finance Co.
    4001 Lexington Avenue North
    Arden Hills, MN 55126

LOL Finance Co. filed a secured claim in the amount of $172,011.40 pursuant to a general UCC Financing Statement on the Debtors' assets. This claim was filed as claim #1 in 25-10109 and claim #1 in 25-10110, however this is the same claim and shall only be paid once. This secured claim shall be amortized over seven years at 7.5% interest for a monthly payment of $2,639.00. This payment shall be made through the Trustee's office while the chapter 12 case is pending. The Debtors shall make the payment direct to LOL Finance Co. upon completion of the chapter 12 case. LOL Finance Co. shall retain its lien upon its collateral until the claim is paid in full.

**Monthly Payment of $2,639.00 Through Trustee**

4. **PRIORITY CREDITORS**

    A.  Internal Revenue Service
        PO Box 7346
        Philadelphia, PA 19101

The Internal Revenue Service filed an amended proof of claim (claim #8) in the amount of $0.00 reflecting the filing of the 2024 tax return. There are no IRS taxes owed and no payment shall be allocated towards the IRS.

**No Payment**

5. **LEASES**

Any and all leases/executory contracts are assumed.

**ALL FARM LEASES/EXECUTORY CONTRACTS ARE ASSUMED**

6. **UNSECURED CREDITORS**

The unsecured creditors who filed claims and their claims are approved by the Bankruptcy Court shall be paid in full through this chapter 12 plan. The allowed unsecured debts total $38,821.93 and shall be paid by a pro-rata payment from the Trustee at 0% interest.

**Paid Pro Rata**