**THIS ORDER IS SIGNED AND ENTERED.**

**Dated: October 28, 2025**

Hon. Catherine J. Furay
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT FOR
## THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In Re: | In Bankruptcy No: |
| **MARVIN AMUNDSON and** **KRISTINE AMUNDSON** | |
| Debtors. | Case No:  25-10109 |

| | |
|---|---|
| In Re: | In Bankruptcy No: |
| **AMUNDSON JERSEY FARM, LLC** | |
| Debtor. | Case No:  25-10110 |

### ORDER CONFIRMING CHAPTER 12 PLAN

The Debtors' Amended Chapter 12 Plan filed August 12, 2025 (the "Plan") was served on all creditors and parties in interest as required by the Federal Rules of Bankruptcy Procedure. The Chapter 12 Trustee filed a recommendation in favor of confirmation of the Plan (Doc. #55). The Debtor filed an Affidavit of Compliance in support of confirmation on October 16, 2025 on behalf of Marvin and Kristine Amundson (Doc. #58 in case 25-10109) and an Affidavit of Compliance in support of confirmation on October 16, 2025 on behalf of Amundson Jersey Farm, LLC (Doc. #55 in case 25-10110). Based on the record, the court finds that the requirements of 11 U.S.C. Section 1225 are satisfied.  Accordingly,

**IT IS THEREFORE ORDERED:** The Plan, a copy of which is attached hereto, is confirmed with the following additional language on the disbursements of payments from the Chapter 12 Trustee. Paragraph #1 of the plan shall be modified to include the following language:

"Unless otherwise provided for in this plan, the trustee shall disburse payments in the following order after trustee fees: equal monthly payments to secured creditors, administrative expenses including attorney fees, secured claims paid pro rata, priority claims, general unsecured claims."

###

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In Re: | In Bankruptcy No: |
| **MARVIN AMUNDSON and**<br>**KRISTINE AMUNDSON** | |
| **Debtors.** | **Case No: 25-10109** |
| In Re: | In Bankruptcy No: |
| **AMUNDSON JERSEY FARM, LLC** | |
| **Debtor.** | **Case No: 25-10110** |

### AMENDED CHAPTER 12 PLAN – AUGUST 11, 2025

1.    The future earnings of the Debtors are submitted to the supervision and control of the Trustee. The Debtors shall pay to the Trustee the monthly sum of $5,325.00. The Plan shall run for sixty (60) months. Any increase in the Trustee Fees shall be as directed by the U. S. Trustee's Office.

#### MONTHLY PAYMENTS

| | |
|---|---|
| Bank of Ontario | Direct Payment |
| Vernon County Treasurer | Paid Pro Rata by Trustee |
| Westby Coop Credit Union | Direct Payment |
| US Small Business Administration | Monthly Payment of $899.25 |
| Deere & Company | Direct Payment |
| LOL Finance Co. | **Monthly Payment of $2,639.00** |
| Unsecured Creditors | Paid Pro Rata |
| Attorneys fees | Paid Pro Rata |
| Trustees Fees    (10%) | Paid Pro Rata |

TOTAL    **$5,325.00 per month**

2.    **ADMINISTRATIVE EXPENSES**

**Pittman & Pittman Law Offices, LLC**
**712 Main Street**
**La Crosse, WI 54601**

(All Attorneys fees are subject to approval of Court)                    (Est.) **$25,000.00**


3.    **SECURED CREDITORS**

A.    Bank of Ontario
c/o Attorney Jennifer Schank
6405 Century Avenue Ste 101
Middleton, WI 53562

Bank of Ontario has a real estate mortgage and cross-collateralized farm security agreement that covers the real estate, cattle, equipment, machinery, bank accounts in the proof of claim amount of $2,240,328.80. This claim was filed as claim #9 in 25-10109 and claim #5 in 25-10110, however this is the same claim and shall only be paid once. Bank of Ontario has agreed to refinance its loans and provide additional financing to purchase more cows in the total refinance amount of $2,470,262.41, which is pending approval with the Court at Docket #46. The loans are split between real estate and personal property as follows:

The real estate loan in the amount of $1,800,000.00 shall accrue interest at 6.0% and amortized over 300 equal monthly payments in the amount of $11,766.45. The promissory note shall control the rights and remedies of each party and this plan is not intended to modify the promissory note. The payment of $11,766.45 shall be made direct to Bank of Ontario from the Debtor's milk check. Bank of Ontario retains its lien until the claim is paid in full.

The personal property loan in the amount of $670,262.41 shall accrue interest at 6.0% and amortized over 120 equal monthly payments in the amount of $7,493.57. This loan shall mature in 12 months and will be subject to renewal from Bank of Ontario. The promissory note shall control the rights and remedies of each party and this plan is not intended to modify the promissory note. The payment of $7,493.57 shall be made direct to Bank of Ontario from the Debtor's milk check. Bank of Ontario retains its lien until the claim is paid in full.

**Monthly Payment of $19,260.02 – Direct to Bank of Ontario**

B.    Vernon County Treasurer
400 Court House Square St.
Viroqua WI 54665

Vernon County Treasurer has a secured claim for real estate taxes in the proof of claim amount of $9,775.93. This claim shall be paid pro-rata by the Trustee at 12% interest.

**Paid Pro-Rata by Trustee**

- 2 -

Case 1-25-10110-cjf Doc 59 Filed 10/30/25 Entered 10/30/25 23:25:51 Main Desc
Document   Page 6

C.      Westby Coop Credit Union
        501 N. Main Street
        Westby, WI 54667

        Westby Coop Credit Union ("WCCU") filed a secured proof of claim in
the amount of $38,390.51 with the Debtors' 2021 GMC Sierra as collateral. This
claim is not being modified and the Debtors shall continue to make the monthly
payment of $794.96 directly to the lender. WCCU shall retain its lien until paid
in full.

                                            **Monthly payment of $794.96 direct to lender**

D.      US Small Business Administration
        Office of General Counsel
        65 East State Street, Ste 1350
        Columbus, OH 43215

        The US Small Business Administration ("SBA") filed a bifurcated
secured/unsecured claim in the total amount of $174,881.60. The Debtors believe
the claim is fully secured in the amount of $174,881.60. This secured claim shall
be amortized over the remaining 25 years left on the loan at 3.75% interest for a
monthly payment of $899.25. This payment shall be made through the Trustee's
office while the chapter 12 case is pending. The Debtors shall make the payment
direct to the lender upon completion of the chapter 12 case. SBA shall retain its
lien upon its collateral until the claim is paid in full.

                                            **Monthly Payment of $899.25 Through Trustee**

E.      Deere & Company
        PO Box 6600
        Johnston, IA 50131

        Deere & Company filed a secured claim in the amount of $4,222.99 with
a John Deere 567 Round Baler as collateral. The Debtors have (2) payments left
on this contract and are not modifying the John Deere loan. The Debtors shall
pay Deere & Company the annual payment of $2,151.28 on or before July 23,
2025 and the final payment of $2,151.28 on or before July 23, 2026. Deer &
Company retains its lien until the loan is paid in full.

                                    **Annual Payment of $2,151.28 Direct to Deere & Company**

F.   **LOL Finance Co.**
     **4001 Lexington Avenue North**
     **Arden Hills, MN 55126**

> **LOL Finance Co. filed a secured claim in the amount of $172,011.40
> pursuant to a general UCC Financing Statement on the Debtors' assets. This
> claim was filed as claim #1 in 25-10109 and claim #1 in 25-10110, however
> this is the same claim and shall only be paid once. This secured claim shall
> be amortized over seven years at 7.5% interest for a monthly payment of
> $2,639.00. This payment shall be made through the Trustee's office while the
> chapter 12 case is pending. The Debtors shall make the payment direct to
> LOL Finance Co. upon completion of the chapter 12 case. LOL Finance Co.
> shall retain its lien upon its collateral until the claim is paid in full.**

> **Monthly Payment of $2,639.00 Through Trustee**

4.   **PRIORITY CREDITORS**

A.   Internal Revenue Service
     PO Box 7346
     Philadelphia, PA 19101

> The Internal Revenue Service filed an amended proof of claim (claim #8) in the
> amount of $0.00 reflecting the filing of the 2024 tax return. There are no IRS taxes owed
> and no payment shall be allocated towards the IRS.

> **No Payment**

5.   **LEASES**

Any and all leases/executory contracts are assumed.

> **ALL FARM LEASES/EXECUTORY CONTRACTS ARE ASSUMED**

6.   **UNSECURED CREDITORS**

> The unsecured creditors who filed claims and their claims are approved by the
> Bankruptcy Court shall be paid in full through this chapter 12 plan. The allowed unsecured
> debts total $38,821.93 and shall be paid by a pro-rata payment from the Trustee at 0%
> interest.

> **Paid Pro Rata**

- 4 -

United States Bankruptcy Court

Western District of Wisconsin

| | |
|---|---|
| In re: | Case No. 25-10110-cjf |
| Amundson Jersey Farm, LLC | Chapter 12 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0758-1 | User: eADIuser | Page 1 of 2 |
| Date Rcvd: Oct 28, 2025 | Form ID: pdf827 | Total Noticed: 18 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amundson Jersey Farm, LLC, E7144 US HWY 14 61, Westby, WI 54667-7230 |
| 5184751 | + | Bank of Ontario, c/o Attorney Jennifer Schank, 6405 Century Avenue Ste 101, Middleton, WI 53562-2200 |
| 5186539 | + | Cashton Farm Supply, 300 State Hwy 27, Cashton WI 54619-8344 |
| 5186540 | + | Cashton Vet Clinic, 406 South St., Cashton WI 54619-8012 |
| 5186541 | | Economy Feed Mill, 106 Pleasant Street, Bloomington WI 53804 |
| 5186542 | + | John Deere Financial, c/o Attorney Robert Pasch, Murphy Desmond, SC, 33 East Main Street, Ste 500, Madison WI 53703-2287 |
| 5184752 | + | LOL Finance Co., Attn: Jonathon C. Miesen, 4001 Lexington Avenue N., Arden Hills, MN 55126-2934 |
| 5186543 | + | Mlsna Dairy Supply, 1126 Front St., Cashton WI 54619-8028 |
| 5186544 | + | Premier Cooperative, 203 Swiggum Street, Westby WI 54667-8169 |
| 5186545 | + | Renaissance Nutrition, PO Box 229, 339 Frederick Road, Roaring Spring PA 16673-8340 |
| 5222356 | + | Renaissance Nutrition, Inc., 339 Frederick Road, Roaring Spring, PA 16673, Roaring Spring, PA 16673-8340 |
| 5186546 | + | Seehafer Refrigeration, 2401 S. Black River St, Sparta WI 54656-3201 |
| 5186538 | + | Vernon County Treasurer, 400 Court House Square St., Viroqua WI 54665-1555 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5190184 | | Email/Text: litbkcourtmail@johndeere.com | Oct 28 2025 19:24:00 | Deere Credit, Inc. dba John Deere Financial, PO Box 6600, Johnston IA 50131 |
| 5184753 | | Email/Text: bankruptcynotices@sba.gov | Oct 28 2025 19:24:00 | Small Business Administration, Attn: BK Notices, 332 S Michigan Ave., Ste 600, Chicago, IL 60604-4318 |
| 5204450 | + | Email/Text: philip.morrison@sba.gov | Oct 28 2025 19:24:00 | U.S. Small Business Administration, Office of General Counsel (JP), 65 East State Street, Suite 1350, Columbus, OH 43215-4237 |
| 5189574 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Oct 28 2025 19:30:40 | Wells Fargo Vendor Financial Services, LLC, 800 Walnut St.,, F0006-051, Des Moines, IA 50309-3605 |
| 5186547 | + | Email/Text: sgwallace@wccucreditunion.coop | Oct 28 2025 19:24:00 | Westby Coop Credit Union, 501 N. Main St., Westby WI 54667-1109 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bank of Ontario |
| cr | | LOL Finance Co. |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

District/off: 0758-1                          User: eADIuser                                    Page 2 of 2
Date Rcvd: Oct 28, 2025                       Form ID: pdf827                           Total Noticed: 18

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2025                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Greg P. Pittman | on behalf of Debtor Amundson Jersey Farm  LLC greg@pittmanandpittman.com, galen@pittmanandpittman.com;wanda@pittmanandpittman.com;wade@pittmanandpittman.com |
| Jennifer M. Schank | on behalf of Creditor Bank of Ontario jschank@fuhrmandodge.com hmaciolek@fuhrmandodge.com;schank.jenniferb121380@notify.bestcase.com;assistant@fuhrmandodge.com;agiuffre@fuhrmandodge.com |
| Jonathan C Miesen | on behalf of Creditor LOL Finance Co. jcmiesen@landolakes.com  jlwagner@landolakes.com |
| Mark Harring | court@ch13wdw.org |
| U.S. Trustee's Office | USTPRegion11.MD.ECF@usdoj.gov |
| Wade M. Pittman | on behalf of Debtor Amundson Jersey Farm  LLC wade@pittmanandpittman.com, wanda@pittmanandpittman.com;greg@pittmanandpittman.com;galen@pittmanandpittman.com |

TOTAL: 6